IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GERSON EMIR CUADRA SOTO,

Defendant.

**WITNESS LIST**

Case No.   4:25MJ3282
Deputy:    Nicki Wenzl
Reporter:  Digital Recorder
Date:      January 14, 2026

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Zachary Franklin | 01/14/2026 |
| | |

FOR DEFENDANT:

| Name | Date |
|---|---|
| | |
| | |