FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 JAN 21 PM 12: 33

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERSON EMIR CUADRA SOTO,<br>a/k/a EL ALCON<br>a/k/a FANTASMA,<br><br>Defendant. | 4:26CR3002<br>INDICTMENT<br>8 U.S.C. § 1324(a)(1)(A)(iii) |

The Grand Jury charges that

## COUNT I

Between on or about January 1, 2022 through on or about November 20, 2025, in the District of Nebraska and elsewhere, the defendant, GERSON EMIR CUADRA SOTO, knowing and in reckless disregard of the fact that an alien, namely, an alien known to the grand jury as Alien 1, had come to, entered and remained in the United States in violation of law, did attempt to conceal, harbor, and shield from detection such alien in buildings and other places and by means of transportation.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

A TRUE BILL.

_____
FOREPERSON

1

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

Danielle Fliam #25658
Assistant U.S. Attorney

2