IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GERSON EMIR CUADRA SOTO,

Defendant.

**EXHIBIT LIST**

Case No.    4:26CR3002
Deputy:    Nicki Wenzl
Reporter:    Digital Recorder
Date:    February 2, 2026

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
|  | 101 |  | EOIR Automated case information A245-097-542, docketed 8/11/23 with upcoming court date on 9/27/27 (found at ECF filing no. [22]-1) | X |  | X |  | 2/2/2026 |
|  | 102 |  | Photo taken from 12/8/25 execution of search warrant (found at ECF filing no. [22]-2) | X |  | X |  | 2/2/2026 |
|  | 103 |  | Close up of I-589 for A245-097-542 showing entry on 8/10/23 (found at ECF filing no. [22]-3) | X |  | X |  | 2/2/2026 |
|  | 104 |  | Close up of mail from USCIS dated 2/27/25, authorization to work, and social security mail (found at ECF filing no. [22]-4) | X |  | X |  | 2/2/2026 |
|  | 105 |  | Photo taken from 12/8/25 execution of search warrant (found at ECF filing no. [22]-5) | X |  | X |  | 2/2/2026 |

**OBJECTIONS**
R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)

1