IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GERSON EMIR CUADRA SOTO,

Defendant.

4:26CR3002

ORDER

A telephone status conference was held February 20, 2026. Based on the comments of counsel, this case will be set for trial.  The Court provided the parties with March 17, 2026 for a trial start date. The government's counsel was unavailable on that date and requested a continuance until March 18, 2026. Defendant did not object to that continuance. Accordingly,

IT IS ORDERED:

1)    The trial of this case is set to commence before the Honorable Susan M. Bazis in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 8:30 a.m. on March 18, 2026, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

2)    Expert witness disclosures as required under Rule 16 must be served on or before March 6, 2026.

3)    In accordance with 18 U.S.C. 3161(h)(7)(A), the Court finds that the time between March 17, 2026 and March 18, 2026 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice and, further, would deny the Government continuity of counsel.  18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 20th day of February, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge